[No. 30342-0-III.   Division Three.   December 13, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES STEPHEN
DUVALL, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Benton
County, No. 09-1-01226-5, Robert G. Swisher, J., entered
September 30, 2011. *Affirmed* by unpublished opinion per
Siddoway, A.C.J., concurred in by Sweeney and Brown, JJ.

[No. 30393-4-III.   Division Three.   December 13, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID GENE RICE,
*Appellant*.

Appeal from a judgment of the Superior Court for Grant
County, No. 10-1-00225-4, Evan E. Sperline, J., entered
November 8, 2011. *Affirmed* by unpublished opinion per
Kulik, J., concurred in by Korsmo, C.J., and Brown, J.

[No. 30656-9-III.   Division Three.   December 13, 2012.]

JAMES R. KEYES, *Appellant*, v. ALEX KEIFFER ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 11-2-01124-5, Gregory D. Sypolt, J., en-
tered July 22, 2011. *Affirmed* by unpublished opinion per
Siddoway, J., concurred in by Korsmo, C.J., and Kulik, J.

[No. 64416-5-I.   Division One.   December 17, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DEGALVEZ
WILLIAMSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 09-1-01631-0, Catherine D. Shaffer, J., entered
October 27, 2009. *Affirmed in part* and *remanded* by unpub-
lished opinion per Spearman, A.C.J., concurred in by
Becker, J., and Ellington, J. Pro Tem.